**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-00338-CMA-MJW

TRISHA FOUNTAIN,

    Plaintiff,

v.

CREDIT CONTROL, LLC, a Missouri limited liability company,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and the Notice of Dismissal With Prejudice (Doc. # 5), it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

DATED: March __01__, 2012

                                                            BY THE COURT:

                                                            _____
                                                            CHRISTINE M. ARGUELLO
                                                            United States District Court Judge